FILED

2003 MAY 16 P 3: 51

US DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH JOHNSON, | : PRISONER |
| *plaintiff,* | : NO. 3:03CV-0069 (CFD) |
| V. | : |
| JAMES KEENEY, | : |
| *defendant.* | : MAY 13, 2003 |

## MOTION TO DISMISS

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, the defendant respectfully requests that this lawsuit be dismissed for the following reasons:

a. The plaintiff has failed to state a claim upon which relief can be granted against the defendant under Title 42 U.S.C. § 1983 for violation of his right to be free from unlawful arrest under the Fourth Amendment;

b. The plaintiff has failed to state a claim upon which relief can be granted against the defendant under Title 42 U.S.C. § 1983 for violation of his right to be free from cruel and unusual punishment under the Eighth Amendment.

WHEREFORE, the defendant respectfully requests that this lawsuit be dismissed.

DENIED as moot. SO ORDERED.

Christopher F. Droney
United States District Judge
3/24/2004