FILED

2003 JUN 23 P 4: 19

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH JOHNSON, | : | PRISONER |
| *plaintiff,* | : | NO. 3:03CV-0069(CFD) |
| | : | |
| V. | : | |
| | : | |
| JAMES KEENEY, | : | |
| *defendant.* | : | JUNE 20, 2003 |

### MOTION TO DISMISS
### AMENDED COMPLAINT

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, the defendant respectfully requests that this lawsuit be dismissed for the following reasons:

a. The plaintiff has failed to state a claim upon which relief can be granted against the defendant under Title 42 U.S.C. § 1983 for violation of his right to be free from unlawful arrest under the Fourth and Fourteenth Amendments.

WHEREFORE, the defendant respectfully requests that this lawsuit be dismissed.

DEFENDANT
James Keeney

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

DENIED, without prejudice to filing a motion for summary judgment. SO ORDERED.

Christopher F. Droney
United States District Judge
3/24/2004