UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -7 P 4: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Keith Johnson
    PLAINTIFF

VS

James Keeney
    DEFENDANT

PRISONER
Case No. 3:03CV0069(CFD)(WIG)

## MOTION FOR THE APPOINTMENT
## OF COUNSEL

Plaintiff, Keith Johnson, pursuant to Title 28 § 1915, requests this Court to appoint counsel to represent him in this case for the following reasons:

    1. The Plaintiff is unable to afford counsel,

    2. The constitutional issues involved in this case are complex,

    3. The Plaintiff, being incarcerated, has limited access to a law library, and

    4. The Plaintiff has a very limited knowledge of the law.

Respectfully Submitted,
THE PLAINTIFF

Keith E. Johnson
Keith Johnson
Inmate No. 272700
MacDougall C.I.
1153 East Street South
Suffield, CT  06080

## CERTIFICATION

This is to certify that a copy of the foregoing was sent to all parties of record this 5th day of April 2004.

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

_____
Keith Johnson