UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2004 APR -7 P 4: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Keith Johnson  :
   PLAINTIFF  :  Case No. 3:03CV0069(CFD)(WIG)
                :
VS  :
                :
James Keeney  :
   DEFENDANT

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

Keith Johnson, being duly sworn, deposes and says:

1. I am the Plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2. The complaint in this case alleges that the Plaintiff was subjected to false arrest and imprisonment by the Defendant, a Connecticut State Trooper, who deliberately included false information and omitted material facts from an affidavit for an arrest warrant, with the purpose of misleading the court into a finding of probable cause. The Plaintiff was subsequently arrested and held in custody, on bond, for a period of two years.

3. This is a complex case because it contains different legal claims of constitutional violations.

4. The case involves issues of police procedures that could require expert testimony.

5. The Plaintiff has demanded a jury trial.

6. The case will require discovery of documents and depositions of a number of witnesses.

7. The testimony will be in sharp conflict, since the Plaintiff claims that the Defendant willfully falsified his affidavit to establish probable cause, while the Defendant claims probable cause existed regardless of the false information.

8. The Plaintiff has only a high school education and has no legal training.

9. The Plaintiff is serving a state sentence. For this reason he has very limited access to legal materials and has no ability to effectively investigate the facts of the case.

10. The Plaintiff has contacted the following lawyers/firms with the following responses:

**2/24/2003**

        Law Offices of Stuart G. Blackburn
        516 Spring Street
        P.O. Box 3216
        Windsor Locks, CT  06906

**RESPONSE:**    NONE

        Frank P. Cannatelli
        60 Main Street
        Ansonia, CT  06401

**RESPONSE:**    Received letter on 3-5-03 explaining he is unable to take the case.

        Carter, Rubenstein & Civitello
        18 Trumbull Street
        New Haven, CT  06511

**RESPONSE:**    Returned to Sender - Non-deliverable. Forwarding expired.

**2/27/2003**

        Evans, Feldman & Boyer
        261 Bradley Street
        New Haven, CT  06507

**RESPONSE:**    Received letter on 3-13-03 stating that their firm does not handle this area of practice.

        Office of Jonathan Einhorn
        412 Orange Street
        New Haven, CT  06511

**RESPONSE:**    Received letter on 3-12-03 stating they would not be able to represent me.

**3/03/2003**

>Koskoff, Koskoff & Bieder
>350 Fairfield Avenue
>Bridgeport, CT  06604

**RESPONSE:**    NONE

>Law Offices of Paul Lange
>799 Silver Lane
>Suite 3000
>Trumbull, CT  06611

**RESPONSE:**    Returned to Sender - Forwarding order expired.

>John H. Gorman
>144 Buckingham Street
>Waterbury, CT  06710

**RESPONSE:**    NONE

**3/10/2003**

>Brown, Paindiris & Scott
>100 Pearl Street
>Hartford, CT  06103

**RESPONSE:**    NONE

>Carpenter & Robinson, LLP.
>2187 Atlantic Street
>Stamford, CT  06902

**RESPONSE:**    NONE

>Cummings & Lockwood
>P.O. Box 120
>Stamford, CT  06904

**RESPONSE:**    NONE

>Weinstein, Weiner, Ignal Napolitano & Shapiro
>350 Fairfield Avenue
>P.O. Box 9177
>Bridgeport, CT  06601

**RESPONSE:**    Received letter on 4-4-03 stating they did not believe they could help me any further.

3

**3/13/2003**

>Jeremiah Donovan
>123 Elm Street, Unit 400
>P.O. Box 554
>Old Saybrook, CT  06475

**RESPONSE:** Received letter on 3-25-03 declining representation

**3/17/2003**

>Garison, Phelon, Levin-Epstein & Penzel
>405 Orange Street
>New Haven, CT  06511

**RESPONSE:** NONE

>Gerald Hecht & Associates
>30 Main Street
>Danbury, CT  06810

**RESPONSE:** Received letter on 4-3-03 stating "I cannot assist you with your case."

>Offices of Merwin Leven
>11 Leatherstocking Lane
>Mamaroneck, NY  10543

**RESPONSE:** NONE

**3/23/2003**

>Morrison, Mahoney & Miller
>One Constitution Plaza
>Hartford, CT  06103

**RESPONSE:** Received letter on 4-3-03 stating they were unable to represent me.

>Cahill, Goetsch & DiPersia
>43 Trumbull Street
>New Haven, CT  06511

**RESPONSE:** NONE

>   Herbert V Camp Jr.
>   409 Main Street
>   Ridgefield, CT   06877

**RESPONSE:**   NONE

**3/27/2003**

>   Bai, Pollock & Dunnigan
>   10 Main Street
>   Bridgeport, CT   06604

**RESPONSE:**   NONE

>   Law Offices of Gerald E. Bodell
>   P.O. Box 9097
>   Bridgeport, CT   06601

**RESPONSE:**   Returned to Sender - Forwarding order expired.

**4/1/2003**

>   Tegan Blackburn
>   9 Avonwood Road
>   Avon, CT   06001

**RESPONSE:**   Returned to Sender - Address Not Known

>   Carmody & Torrance
>   195 Church Street
>   New Haven, CT   06510

**RESPONSE:**   NONE

>   Offices of William H Clendenen Jr.
>   P.O. Box 301
>   New Haven, CT   06502-0301

**RESPONSE:**   Received letter on 4-10-03 stating he would be unable to be of assistance.

    11.   As set forth in the Memorandum of Law submitted with this motion, these facts, along with the legal merit of the Plaintiff's claims, support the appointment of counsel to represent the Plaintiff.

WHEREFORE, the Plaintiff's Motion for the Appointment of Counsel should be granted.

Respectfully Submitted,
THE PLAINTIFF

_____
Keith Johnson
Inmate No. 272700
MacDougall C.I.
1153 East Street South
Suffield, CT  06080

State of Connecticut, County of Hartford, subscribed and sworn before me this 5th day of April, 2004.

_____
Notary Public                4/5/04

JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2006

## CERTIFICATION

This is to certify that a copy of the foregoing was sent to all parties of record this 5th day of April 2004.

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

_Keith Johnson_
Keith Johnson