UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH JOHNSON, | : | NO. 3:03CV-0069 (CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES KEENEY, | : | |
| *Defendant.* | : | APRIL 16, 2004 |

**AFFIDAVIT OF ELIZABETH LEAMING**

I, Elizabeth Leaming, being of sound mind and legal age, and having been duly sworn, do hereby depose and say:

1. For the purposes of identification, my full name is Elizabeth Ciardiello Leaming. I am currently employed by the State of Connecticut, Division of Criminal Justice as a Supervisory Assistant State's Attorney. I have been so employed for about eight and one-half years. I am currently assigned to the Tolland Judicial District  I have been so assigned for approximately all of my tenure as an Assistant State's Attorney.

2. In September of 2000, I was assigned as an Assistant State's Attorney at G.A. #19 in Rockville, Connecticut. I was charged with the responsibility of prosecuting whatever cases were assigned to me by my supervisors.

3. A series of cases involving the plaintiff, Keith Johnson, were assigned to me to prosecute. The cases which I handled involving the criminal defendant Keith Johnson are as follows:

a. Docket No. CR01- 72678: Burglary 3rd Degree and Larceny 6th Degree pertaining to the burglary of Keith Johnson's mother's home at 16 Metcalf Road in Tolland Connecticut on or about September 18, 2000;

b. Docket No. CR00-71808: Larceny 6th Degree pertaining to the theft of a blank personal check on or about September 26, 2000;

c. Docket No. CR01-72677: Failure to Comply With Fingerprinting requirements during the course of another criminal arrest on or about January 10, 2001;

d. Docket No. CR01-73711: Two counts of Forgery, two counts of Issuing Bad Checks and Larceny in the Fourth Degree related to attempts to cash several stolen checks on or about September 21, 2000;

e. Docket No. CR01-72742: Burglary in the Third Degree and Larceny in the Third Degree related to a residential burglary in the Town of Tolland on or about September 21, 2000;

f. Docket No. CR00-72144: Two counts of larceny in the Fourth Degree and two counts of Forgery in the Third Degree related to the cashing of several stolen checks at the Tolland Bank in Tolland, Connecticut, on or about August 23, 2000.

g. Docket No. CR00-71802: One count of Taking A Motor Vehicle Without the Owner's Permission related to the unauthorized use of his mother's automobile on August 27, 2000, and for several days thereafter.

h. Docket No. CR01-72679: One count of Sexual Assault in the First Degree and one count of Impairing the Morals of a Minor involving an allegedly inappropriate relationship on the part of Keith Johnson with his niece during April of 1997.

   4. The defendant, Keith Johnson, was represented by Special Public Defender, Attorney Raul Davila-Carlos on all of these files. Through negotiation, the State of Connecticut and Keith Johnson reached a plea agreement resolving all of his outstanding criminal charges. The agreement provided (1) that Keith Johnson would plead guilty to Burglary in the Third Degree and Larceny in the Third Degree on Docket No. CR01-72742; (2) that Keith Johnson would plead guilty to a substitute information of Larceny in the Fourth Degree and Forgery in the Third Degree on Docket No. CR00-72144; and (3) that Keith Johnson would plead guilty to two counts of Forgery in the Second Degree and one count of Larceny in the Fourth Degree on Docket No. CR01-73711. The plea agreement further provided that the remaining charges on these docket numbers, and all of the charges on Docket Nos. CR01-72678, CR00-71808, CR01-72677, CR00-71802 and CR01-72679 would be nolled. Finally, the plea agreement called for Keith Johnson to be sentenced to an effective sentence of two years on all counts, to be served consecutively to a fourteen year sentence which Keith Johnson was already serving on an armed robbery for which he had previously been convicted. A copy of the court transcript of September 20, 2002, outlining the hearing at which Keith Johnson pleaded guilty to the pending charges summarized above is attached to this affidavit at Tab A.

   5. Upon acceptance of the plea agreement, the remaining charges lodged against Keith Johnson were nolled and thereafter dismissed by the Court.

I have read the foregoing affidavit consisting of four pages. It is true and accurate to the best of my knowledge.

_____
Affiant

Subscribed and sworn to before me this _____ day of _____, _____.

_____
~~Notary Public~~/Commissioner of the
Superior Court