UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH JOHNSON, | : | NO. 3:03CV-0069 (CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES KEENEY, | : | |
| *Defendant.* | : | APRIL 28, 2004 |

Please take notice that the below named defendant has manually filed the following document or thing:

1. Documents attached to Affidavit of James Keeney:

    a. Connecticut State Police Investigative Report #C00-240358

    b. Arrest Warrant Affidavit in the case of Keith Johnson dated September 7, 2000

2. Document attached to Affidavit of Elizabeth Leaming:

    a. Transcript of Hearing, Superior Court, GA-19, Tolland Judicial District, dated

September 20, 2002


This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANT
James Keeney

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: __/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: Stephen.Sarnoski@po.state.ct.us

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion was mailed, first-class, postage pre-paid, to all pro se parties and/or counsel of record on this the _____ day of _____, _____.

Keith Johnson #272700
MacDougall Correctional Institution
1153 East Street South
Suffield, Connecticut  06080

___/s/_____
Stephen R. Sarnoski
Assistant Attorney General