UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 11 P 5: 31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| KEITH JOHNSON<br>　　Plaintiff | : | PRISONER<br>No. 3:03CV0069 (CFD)(WIG) |
| v | : | |
| JAMES KEENEY<br>　　Defendant | : | May 6, 2004 |

## MOTION FOR EXTENSION OF TIME

The plaintiff hereby requests that this Court grant him a 90 day extension of time from the date of the Court's ruling on his Motion For Appointment of Counsel to respond to the defendant's April 28, 2004 Motion for Summary Judgment.

Respectfully Submitted
THE PLAINTIFF

*/s/ Keith E. Johnson*
Keith E. Johnson
Inmate No. 272700
MacDougall C.I.
1153 East Street South
Suffield, CT  06080