UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 11 P 5:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| KEITH JOHNSON<br>Plaintiff | : | PRISONER<br>No. 3:03cv00069(CFD)(WIG) |
| v | : | |
| JAMES KEENEY<br>Defendant | : | May 6, 2004 |

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR EXTENSION OF TIME

KEITH JOHNSON, being duly sworn, deposes and says that:

1. I am the plaintiff, pro se, in the above captioned case.

2. I have every intention of fully litigating this case.

3. I have no legal training and minimal legal experience.

4. On April 5, 2004, I mailed the Court my Motion for Appointment of Counsel to represent me in this case.

5. I no longer am able to obtain assistance with this case from the Inmates' Legal Assistance Program.

6. I am only afforded 45 minutes per week to access the law library to do research.

7. I am in need of an extension pending the Court's ruling on the appointment of counsel to complete my research and respond to the Motion for Summary Judgment.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Keith E. Johnson
Keith E. Johnson

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this 7th day of May, 2004 to:

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT   06105

_____
Keith E. Johnson