UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 JUL -6  P 4:47

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| Keith Johnson<br>   PLAINTIFF | : | PRISONERS |
| | : | No. 3:03CV-0069(CFD)(WIG) |
| V | : | |
| | : | |
| James Keeney<br>   DEFENDANT | : | July 1, 2004 |

**MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**

The plaintiff, pursuant to Rules 15(a) and 19(a), Fed.R.Civ.P., requests leave to file a second amended complaint for the following reason:

1. To withdraw his claim of a Fourteenth Amendment violation.

The plaintiff's proposed second amended complaint is enclosed.

The Court should grant leave freely to amend a complaint. Forman v Davis, 371 U.S. 178, 182, 83 S.Ct 227 (1962); Interroyal Corp. v Sponseller, 889 F.2d 108, 112 (6th Cir.1989), cert. denied, 494 U.S. 1091 (1990).

                                                Respectfully Submitted
                                                THE PLAINTIFF

                                                Keith E. Johnson
                                                1153 East Street South
                                                Suffield, CT  06080

## CERTIFICATION

This is to certify that a copy of the foregoing motion was sent this 1st day of July, 2004, to:

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

Keith E. Johnson