UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 17 P 4:42

| Keith Johnson | : | PRISONER |
| PLAINTIFF | : | No. 3:03CV0069(CFD)(WIG) |
| | : | |
| V | : | |
| | : | |
| James Keeney | : | |
| DEFENDANT | : | August 12, 2004 |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed.R.Civ.P., the plaintiff hereby requests that this Court deny defendant's April 26, 2004 Motion for Summary Judgment, and issue summary judgment in favor of the plaintiff. There remains no genuine issue of material facts and the plaintiff is entitled to a judgment as a matter of law because:

1. The facts known to the defendant at the time he submitted the arrest warrant application for the plaintiff did not establish probable cause for his arrest;

2. The defendant omitted material facts from his arrest warrant affidavit;

3. The charges for which the plaintiff was falsely arrested were terminated in a manner favorable to him; and

4. The defendant is not entitled to qualified immunity for his actions.

In support of this motion for summary judgment, the plaintiff offers the following documents:

a. Affidavit of Keith Johnson, with attachments;

b. Affidavit of Diane Johnson; and

c. Affidavit of James Keeney, with attachments.

WHEREFORE, the plaintiff respectfully requests that summary judgment be issued in his favor.

Respectfully Submitted
THE PLAINTIFF

_Keith E. Johnson_
Keith E. Johnson
Inmate No. 272700
MacDougall C.I.
1153 East Street South
Suffield, CT  06080
Tel. (860)627-2100

### CERTIFICATION

This is to certify that a copy of the foregoing motion was sent this ____ day of August, 2004, to:

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

_Keith E. Johnson_
Keith E. Johnson

2