UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 AUG 17 P 4:42

| | | |
|---|---|---|
| Keith Johnson<br>PLAINTIFF | : | PRISONER<br>No. 3:03CV0069(CFD)(WIG) |
| V | : | |
| James Keeney<br>DEFENDANT | : | August 12, 2004 |

**STATEMENT OF MATERIAL FACTS AND
LOCAL RULE 9(c)1 STATEMENT IN SUPPORT
OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(c)1, the below named parties respectfully offer the following statement of material facts in support of the plaintiff's Motion for Summary Judgment.

1. Towards the end of July, 2000, Diane Johnson and the plaintiff, Keith Johnson, entered into an agreement whereby Keith Johnson would purchase Diane Johnson's 1993 white Ford Taurus, with Connecticut registration DSGAY. The agreement called for Keith Johnson to make payments to Diane Johnson until the balance of $3,000.00 was paid in full. See Affidavits of Diane Johnson, ¶1; and Keith Johnson, ¶1-2.

2. On August 27, 2000, at approximately 6:30 p.m., Diane Johnson and Keith Johnson were having an argument because Keith Johsnon wanted to go see his friends. Diane Johnson told Keith Johnson that he could not leave with the Taurus. Keith Johnson told Diane Johnson that the car was his and that he was leaving. Diane Johnson told him that if he left in the Taurus she would call the police and report it stolen. Keith Johnson got in the car and drove away. Diane Johnson was afraid he would stop

making payments so she called the police to seek their assistance in finding the car. See Affidavits of Diane Johnson, ¶ 4; and Keith Johnson, ¶ 5.

3. At approximately 9:00 p.m. on August 27, 2000, Trooper James Keeney was assigned to respond to 16 Metcalf Road in Tolland to speak to Diane Johnson concerning her complaint that her motor vehicle had been taken without her permission. See Affidavit of James Keeney, ¶ 3.

4. At approximately 9:00 p.m. that evening, Trooper James Keeney arrived at the home of Diane Johnson in response to her complaint. She told him that she would like the police to assist her in retrieving the car. Trooper Keeney told her that he would not attempt to locate the car unless she agreed to press charges against Keith Johnson and have him arrested. Diane Johnson wanted the car back and felt she had a right to the help of the police. She finally agreed to press charges if that was the only way the police would help her. At that time Diane Johnson did not inform Trooper Keeney of the agreement between her and Keith Johnson for the purchase of the vehicle. See Affidavits of Diane Johnson, ¶ 5; and James Keeney, ¶ 4-5.

5. On August 31, 2000, at approximately 2:30 a.m., Keith Johnson was stopped in the vehicle by the Vernon Police Department while driving on Mile Hill Road in Vernon, Connecticut. The police officer informed him that the vehicle he was driving was reported stolen by Troop C in Tolland. Keith Johnson became upset and explained to the officer that the car

2

belonged to him and explained the agreement he had with Diane Johnson for the purchase of the vehicle. See Affidavit of Keith Johnson, ¶ 6.

6. At that time the State Police were notified and Diane Johnson was asked to come to the scene. Upon her arrival at the scene there were four police cars and she saw that Keith Johnson was in the back of one of them. One of the Vernon police officers told Diane Johnson that they were waiting for a Tolland State Police Trooper to arrive. See Affidavit of Diane Johnson, ¶ 6.

7. Trooper Neil Manning from Troop C in Tolland arrived at the scene. At that time he spoke to Keith Johnson, who again explained the agreement between him and Diane Johnson for the purchase of the vehicle. Trooper Manning spoke with Diane Johnson and told her that Keith claimed there was a purchase agreement between them for the car. Diane Johnson told Trooper Manning that Keith was telling the truth but that she wanted the car back because Keith had recently lost his jobs and had missed a payment. Trooper Manning again spoke to Keith Johnson, who eventually agreed to return the car to Diane Johnson. Keith Johnson was released from custody and driven to a friends house by one of the Vernon police officers. See Affidavits of Diane Johnson, ¶ 7-8; and Keith Johnson, ¶ 7.

8. On September 6, 2000, while at her home, Diane Johnson received a telephone call from Trooper James Keeney. Trooper Keeney proceeded to yell at Diane Johnson for not pressing charges against Keith Johnson. Diane Johnson told Trooper Keeney

that four Vernon Police officers and Trooper Manning agreed that no charges should be brought and she would respect their decision and wouldn't pursue the matter. Trooper Keeney called her a liar and threatened to arrest her if she didn't agree to press charges. Trooper Keeney continued to try to bully Diane Johnson into pressing charges and she continued to refuse. Trooper Keeney said he would have to take some kind of action and Diane Johnson told him to do what he felt he needed to but that she would not be a part of it. See Affidavit of Diane Johnson, ¶ 9.

9. Trooper James Keeney acknowledges telephoning Diane Johnson. He contends that he does not recall whether he asked her of the agreement between her and Keith Johnson for the purchase of the car, but claims that she agreed to press charges against Keith Johnson. See Affidavit of James Keeney, ¶ 10.

10. Trooper James Keeney completed an arrest warrant affidavit charging Keith Johnson with Taking a Motor Vehicle Without the Owner's Permission. He did not include statements in the affidavit describing Keith Johnson's claim that he had an agreement to buy the vehicle from Diane Johnson. He did not state in the arrest warrant affidavit that Diane Johnson did not want her son arrested. See Affidavit of James Keeney, ¶ 11.

11. On September 25, 2000, Keith Johnson was arrested on the strength of Trooper Keeney's warrant. He was transported to the Troop C Barracks and processed. He was given a $10,000.00 cash bond and held over for arraignment. See Affidavit of Keith

4

Johnson, ¶ 8; and James Keeney, ¶ 13.

12. On September 26, 2000, Keith Johnson was presented for arraignment at the Rockville Superior Courthouse. Public Defender Leslie J. Cunningham was appointed to represent him. In December of 2001, Attorney Cunningham withdrew her appearance and Special Public Defender Raul Davila-Carlos was appointed. See Affidavit of Keith Johnson, ¶ 9.

13. On September 20, 2002, Keith Johnson was presented at Rockville Superior Court to dispose of all pending cases against him. Keith Johnson made it clear to his counsel that any deal the State had which involved a nolle of any charge would not be accepted. Attorney Carlos indicated that the State would not be nolleing any charge. Keith Johnson plead guilty to:

* Burglary in the Third Degree and Larceny in the Third Degree on Docket No. CR01-72742;

* Larceny in the Fourth Degree and Forgery in the Third Degree on Docket No. CR00-72144; and

* two counts of Forgery in the Second Degree and one count of Larceny in the Fourth Degree on Docket No. CR01-73711. Keith Johnson was given a sentence for these charges of two years incarceration, to run consecutively to the 14 year term he was serving out of the Hartford Judicial District. See Affidavit of Keith Johnson, ¶ 10.

14. During the course of the September 20, 2000, proceeding the prosecuting attorney, Assistant State's Attorney Elizabeth Leaming, indicated that it was the State's intention to nolle

5

all the remaining charges against Keith Johnson. After being spoken to by Keith Johnson, Attorney Carlos objected to any charges being nolled and asked they be dismissed. The State had no objection and all remaining counts were dismissed by Judge Sullivan. See Affidavit of Keith Johnson, ¶ 11; and transcript of September 20, 2000 proceeding, at Tab B, page 9 and 17, attached thereto.

15. On April 27, 2004, after noticing that there were charges indicated as "NOLLE" on his criminal record, Keith Johnson filed a Motion to Correct Illegal Sentence in the Judicial District of Tolland. The motion was granted by Judge Kaplan and all counts were again ordered dismissed. See Affidavit of Keith Johnson, ¶ 12 and Tab C.

                                    Respectfully Submitted
                                    THE PLAINTIFF

                                    _____
                                    Keith E. Johnson

                                    Inmate No. 272700
                                    MacDougall C.I.
                                    1153 East Street South
                                    Suffield, CT  06080
                                    Tel. (860)627-2100

6

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this 12th day of August, 2004, to:

Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

Keith E. Johnson