UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

2004 AUG 17 P 4: 42

| | | |
|---|---|---|
| Keith Johnson | : | PRISONER   U.S. DISTRICT COURT |
| PLAINTIFF | : | No. 3:03CV0069(CFD)(WIG) |
| | : | |
| V | : | |
| | : | |
| James Keeney | : | |
| DEFENDANT | : | August 5, 2004 |

### AFFIDAVIT OF KEITH JOHNSON

I, Keith Johnson, being of sound mind and legal age, do depose and say:

1. Sometime after the 12th of July, 2000, my mother, Diane G. Johnson and I entered into an agreement whereby I would purchase her 1993 Ford Taurus.

2. Said agreement called for me to pay her $3,000.00 in weekly payments from my paycheck at Stop & Shop in Vernon, Connecticut, where I was working at the time.

3. Upon working out the details of the agreement, Diane Johnson purchased an older model Oldsmobile from the owner of C & G Photo. I was present at C & G Photo in Vernon, Connecticut where they signed the necessary paperwork for her to purchase his car. Diane and I then went to the Department of Motor Vehicles in Willimantic, Connecticut where she had the plates on the Taurus, "DSGAY," transferred to the Olsmobile. New registration plates were issued for the Taurus but was kept in Diane Johnson's name as the car had no been paid off.

4. On August 26, 2000, while in Litchfield, Connecticut with a friend of mine, I was stopped by the State Police driving the Taurus and was arrested for Possession of Marijuanna. At that time I had neither been home, nor had I spoken to Diane Johnson in eight days. I telephoned Diane Johnson from the State Police Barracks and told her that I had been arrested and asked if she would post my $500.00 bail. She said she would not post my bail unless I agreed to stop hanging out with my friends and get my life in order. I agreed and was bailed out that night. Diane Johnson drove me to where the Taurus had been parked and we both drove home in separate cars.

5. On August 27, 2000, I told Diane Johnson that I was going out for a little while. She reminded me that I had agreed to stop hanging out with my friends if she bailed me out and told me I couldn't leave. I told her I was leaving and she said I couldn't take the Taurus. I told her it was my car and I would take it when I wanted. Diane Johnson told me she would call the police if I left. I drove away and went to the home of Christopher Booth in Mansfield, Connecticut.

6. On August 31, 2000, I was driving on Mile Hill Road in Vernon, Connecticut when I was pulled over by a Vernon Police Officer. The officer ordered me out of the car and explained that he pulled me over because the car was reported stolen by Troop C in Tolland. I became upset and explained to the police officer that the car belonged to me and that my mother was just upset because I didn't listen to her. I told him of the agreement I had for the purchase of the car with my mother.

2

The officer placed me in handcuffs and told me to wait in his car for a State Trooper to arrive.

7. While I was waiting I saw Diane Johnson drive by and park behind the Vernon Police Officers. When the State Police Trooper arrived he came and spoke with me. I told him of the purchase agreement that I had with Diane Johnson. Trooper Manning went to speak with Diane Johnson. When he returned he told me that Diane Johnson had confirmed my story but said she wanted the car returned because I had lost my jobs and could not make the payments. Trooper Manning said that if I let her have the car I could go on my way otherwise it would take some time to sort out. I agreed to give her the car, retrieved my property from it, and was released from custody. I was given a ride to a friends house in Vernon by one of the officers. A copy of the Vernon Police Department Complaint relating to the August 31, 2004 traffic stop is attached to this affidavit at tab A.

8. On September 25, 2000, I was stopped by State Police Sergeant Brian Kennedy and arrested on a warrant for Taking a Vehicle Without Owner's Permission. I was transported to the Troop C Barracks and processed. I was given a $10,000.00 Cash Bond and held over for arraignment.

9. On September 26, 2000, I was presented for arraignment at the Rockville Superior Courthouse. Public Defender Leslie Cunningham was appointed to represent me. In December of 2001 Attorney Cunningham withdrew her appearance and I was appointed Special Public Defender Raul Davila-Carlos.

10. On September 20, 2002, I was brought to Rockville Superior Court to dispose of the pending cases against me. I made it clear to my counsel that a plea agreement which included a "nolle" on any charges would not be accepted and he indicated that the State was in agreement.  The plea agreement called for me to plead guilty to:

* Burglary in the Third Degree and Larceny in the Third Degree on Docket No. CR01-72742;

* Larceny in the Fourth degree and Forgery in the Third Degree on Docket No. CR00-72144; and

* two counts of Forgery in the Second Degree and one count of Larceny in the Fourth Degree on Docket No. CR01-73711. The agreement called for me to be sentenced to a term of two years incarceration to run consecutively to the 14 year term I am serving out of the Hartford Judicial District.

11. During the court proceeding on September 20, 2002, the prosecuting attorney, Assistant State's Attorney Elizabeth Leaming stated that it was the State's intent to nolle all of the remaining charges.  I spoke to my counsel and told him this was unacceptable.  He objected to the State's intent to nolle the charges and indicated that he wanted the charges dismissed.  The State had no objection to the charges being dismissed and all remaining charges were dismissed by the Court. A copy of the court transcript of September 20, 2002, outlining the hearing of the facts summarized above is attached to this affidavit at Tab B.

12. On April 27, 2004, I filed a Motion to Correct Illegal

4

Sentence in the Superior Court for the Judicial District of Tolland, after learning that the charges that were dismissed were noted on my criminal record as "NOLLE." On July 8, 2004 Judge Kaplan granted this motion "in accordance with Judge Sullivan's order of 9/20/02," and ordered "all counts nolled on September 20, 2002 shall be Dismissed. (Plea transcript, page 17)." A copy of the Motion to Correct Illegal Sentence mentioned above is attached to this affidavit at Tab C.

13. I have read the foregoing affidavit consisting of 5 pages. It is true and accurate to the best of my knowledge.

_____
Affiant

Subscribed and sworn before me this 5th day of August, 2004.

_____
Notary Public                    8/5/04

JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2006