UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH JOHNSON, | : | NO. 3:03CV-0069 (CFD)(WIG) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES KEENEY, | : | |
| *Defendant.* | : | AUGUST 18, 2004 |

### DEFENDANT'S LOCAL RULE 56(A)(2) STATEMENT

Pursuant to Local Rule 65(a)(2), the defendant hereby files the following response to the plaintiff's Local Rule 56(as)(1) Statement:

1. Denied.  *See* Statement of Diane Johnson attached to Trooper Keeney's Affidavit attached to the defendant's Motion for Summary Judgment dated April 26, 2004.

2. Denied.  *See* Statement of Diane Johnson attached to Trooper Keeney's Affidavit attached to the defendant's Motion for Summary Judgment dated April 26, 2004.

3. Admitted.

4. Admitted.

5. Admitted except for that portion which alleges that Keith Johnson "explained to the Vernon police officer the agreement he had with Diane Johnson for the purchase of the vehicle."  As to that portion of paragraph 5, the defendant has no knowledge or information with which to either admit or deny the plaintiff's statement.

6. Admitted.

7. Admitted.

8. Denied.  *See* Trooper Keeney's Affidavit attached to the defendant's Motion for

Summary Judgment dated April 26, 2004.

    9. Admitted.

    10. Admitted.

    11. Admitted.

    12. Admitted.

    13. Admitted except as to the contents of conversations between Keith Johnson and his attorney. As to the contents of these conversations, the defendant has no knowledge.

    14. Admitted.

    15. Admitted.

**Disputed Issues of Material Fact**

    For the reasons outlined in the defendant's Motion for Summary Judgment and the accompanying Memorandum of Law dated April 26, 2004, the defendant submits that there are no disputed issues of material fact in this case.

DEFENDANT
James Keeney

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: __/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: Stephen.Sarnoski@po.state.ct.us

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed, first-class, postage pre-paid, to all pro se parties and/or counsel of record on this the _____ day of _____, _____.

Keith Johnson #272700
MacDougall Correctional Institution
1153 East Street South
Suffield, Connecticut  06080

___/s/_____
Stephen R. Sarnoski
Assistant Attorney General