UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH JOHNSON | : | |
| | : | PRISONER |
| v. | : | Case No. 3:03CV69 (CFD)(WIG) |
| | : | |
| JAMES KEENEY | : | |

RULING AND ORDER

Plaintiff seeks leave to amend his complaint to withdraw his Fourteenth Amendment claim. Plaintiff's motion [**doc. #33**] is **GRANTED**. The Clerk is directed to docket the proposed amended complaint attached to plaintiff's motion.

The allegations in the amended complaint are identical to those in the original complaint. Thus, defendant need not file a response to the amended complaint and the court will consider the pending motion for summary judgment as applied to the amended complaint.

On July 1, 2004, plaintiff was ordered to file a response to defendant's motion for summary judgment and was informed of the requirements of a proper response. The filing of the amended complaint does not relieve plaintiff of the obligation to respond to defendant's motion for summary judgment. Plaintiff is directed to file his response within **twenty (20)** days from the date of this order.

**SO ORDERED** this 11th day of August, 2004, at Bridgeport, Connecticut.

/s/
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE