UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH JOHNSON, *plaintiff,* | : | NO. 3:03CV-0069 (CFD)(WIG) *Prisoner* |
| V. | : | |
| JAMES KEENEY, *defendant.* | : | NOVEMBER 15, 2004 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, by and through his counsel, hereby moves for the dismissal of the above captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S, 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

THE PLAINTIFF
Keith Johnson

Keith Johnson #272700
MacDougall Correctional Institution
1153 East Street South
Suffield, Connecticut 06080

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Order of Dismissal was mailed, first-class, postage pre-paid, to all pro se parties and/or counsel of record on this the _22_ day of November, 2004.

Stephen R. Sarnoski, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105

_Keith E. Johnson_
Keith Johnson #272700
MacDougall Correctional Institution
1153 East Street South
Suffield, Connecticut 06080

2