**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEITH JOHNSON, | : | NO. 3:03CV-0069 (CFD)(WIG) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| JAMES KEENEY, | : | |
| *defendant.* | : | NOVEMBER 15, 2004 |

## RELEASE OF LIABILITY

KNOW ALL MEN BY THESE PRESENTS that the plaintiff, Keith Johnson, on behalf

of himself, his heirs, successors and assigns, for and in consideration of the payment of the sum

of one thousand dollars ($1,000.00) and other valuable considerations, the receipt of which is

hereby acknowledged, does herewith release and forever discharge James Keeney, John

O'Connor and Daniel McCarthy, and all other present or former officers, agents and employees

of the State of Connecticut, their heirs, successors and assigns, and the State of Connecticut

itself, from all actions, causes of action, suits, claims, controversies, damages and demands of

every nature and kind, including attorney's fees and costs, which Keith Johnson, his heirs,

successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by

reason of any matter, cause or thing whatsoever from the beginning of the world to the date of

this Release of Liability arising out of or, in any way, related to the incident(s) or circumstances

which formed the basis for the above captioned lawsuit, including such actions as have been or

may, in the future, be brought in the federal courts, the courts of the State of Connecticut, or

before the Claims Commissioner pursuant to Conn. Gen. Stat. § 4-141 *et seq.* Said release of

liability includes, but is not limited to, all causes of action alleging violations of the plaintiff's

constitutional rights, his rights arising under the statutes and laws of the United States and/or the State of Connecticut, and such causes of action as may be available under the common law. This release of liability shall be applicable also to the pending action entitled *Keith Johnson v. Daniel McCarthy,* Docket No. CV04-4000807S, and as to the State Police defendant, John O'Connor, to the pending action entitled *Keith Johnson v. John O'Connor, et al.,* Docket No. CV03-0826567S, both cases pending before the Connecticut Superior Court.

It is expressly understood and agreed that the payment of the aforesaid sum is not an admission of liability on the part of the defendants, or any other present or former officer, agent or employee of the State of Connecticut or the State of Connecticut itself in said action(s), but rather constitutes the compromise settlement of the claims made in the action set forth above.

IN WITNESS WHEREOF, the plaintiff, Keith Johnson, does herewith set his hand and seal this ___ZZ___ day of ___November___, ZOOY.

_____
Keith Johnson

STATE OF CONNECTICUT          )
                              )          **JURAT**
COUNTY OF _Hartford_          )

Personally appeared, Keith Johnson, signer of the foregoing instrument, and acknowledged the same to be his free act and deed, before me this _22nd_ day of _November_, 2004.

_____
Notary Public/~~Commissioner of~~
~~the Superior Court~~

W. RENEE HASKINS
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/2005

2