

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH JOHNSON,<br>    *plaintiff,* | NO. 3:03CV-0069 (CFD)(WIG)   *Prisoner* |
| V. | |
| JAMES KEENEY,<br>    *defendant.* | NOVEMBER 15, 2004 |

### MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, by and through his counsel, hereby moves for the dismissal of the above captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulation of Settlement be incorporated herein consistent with *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S, 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

                                                        THE PLAINTIFF
                                                        Keith Johnson

                                                        Keith Johnson #272700
                                                        MacDougall Correctional Institution
                                                        1153 East Street South
                                                        Suffield, Connecticut 06080

*[Handwritten notations: "Granted. So ordered." with signature dated 12/21/04; "FILED USDJ 12/21/04"; filing stamp "2004 DEC 21 A 11: 34 U.S. DISTRICT COURT HARTFORD, CT."]*